1 | THOMAS P. O'BRIEN
United States Attorney
2 | CHRISTINE C. EWELL
Assistant United States Attorney
3 | Chief, Criminal Division
STEVEN R. WELK
4 | Assistant United States Attorney
Chief, Asset Forfeiture Section
5 | FRANK D. KORTUM
Assistant United States Attorney
6 | Asset Forfeiture Section
California Bar No. 110984
7 |      United States Courthouse
      312 N. Spring Street, Suite 1400
8 |      Los Angeles, California 90012
      Telephone:  (213) 894-5710
9 |      Facsimile:  (213) 894-7177
      Email:     frank.kortum@usdoj.gov
10 |
Attorneys for Plaintiff
11 | United States of America

12 |

13 |                UNITED STATES DISTRICT COURT

14 |         FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 |                     WESTERN DIVISION

16 | UNITED STATES OF AMERICA,    )   NO.  CV 09-4716 CBM (RZx)
                                 )
17 |           Plaintiff,         )   [PROPOSED]
                                 )
18 |           v.                 )   CONSENT JUDGMENT
                                 )
    ONE 2005 HUMMER H2,          )
19 |                             )
                                 )
20 |                             )
           Defendant.            )
21 | _____)
                                 )
22 | BRYAN DAVID ROBBS,          )
                                 )
23 |           Claimant.          )
    _____)
24 |

25 |

26 |     On June 30, 2009, plaintiff United States of America

27 | ("plaintiff" or the "government") filed a Complaint for Forfeiture

28 |

1  against the defendant property as follows: One 2005 Hummer H2
2  (the "2005 Hummer") (the "defendant property"). The government
3  alleged that the defendant property was subject to forfeiture
4  pursuant to 21 U.S.C. § 881(a)(6).

5      Claimant Bryan David Robbs has not filed a claim or an
6  answer. No other claims, statements of interest, or answers have
7  been filed, and the time for filing claims, statements, and
8  answers has expired.

9      The government and claimant have agreed to settle this
10 forfeiture action and to avoid further litigation.

11     The Court having been duly advised of and having considered
12 the matter, and based upon the consent of plaintiff and claimant,
13     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

14     1.    This Court has jurisdiction over this action pursuant to
15 28 U.S.C. §§ 1345 and 1355.

16     2.    The Complaint for Forfeiture states a claim for relief
17 pursuant to 21 U.S.C. § 881(a)(6).

18     3.    Notice of this action has been given as required by law.
19 Claimant is relieved of his duty to file a claim and answer in
20 this action. The Court deems that all other potential claimants
21 admit the allegations of the Complaint for Forfeiture to be true.

22     4.    Claimant agrees to forfeiture as set out below. A
23 judgment of forfeiture is hereby entered in favor of the United
24 States, which shall dispose of the following defendant property in
25 accordance with the law. Within thirty calendar days of the entry
26 of judgment, the 2005 Hummer shall be condemned and forfeited to
27 the United States in accordance with law.

28     5.    Claimant will execute further documents, to the extent

-2-

1  necessary, to further implement the terms of this Consent
2  Judgment.

3      6.    Claimant waives the redacting and sealing requirements
4  of L.R. 79-5.4.

5      7.    Claimant hereby releases the United States of America,
6  its agencies, officers, and employees, including employees of the
7  United States Department of Homeland Security, Immigration and
8  Customs Enforcement, and local law enforcement agencies, their
9  agents, officers, and employees, from any and all claims, actions,
10 or liabilities arising out of or related to this action,
11 including, without limitation, any claim for attorneys' fees,
12 costs, or interest on behalf of claimants, whether pursuant to 28
13 U.S.C. § 2465 or otherwise.

14     8.    The Court finds that there was reasonable cause for the
15 institution of these proceedings against the defendant property.
16 This judgment shall be construed as a certificate of reasonable
17 cause pursuant to 28 U.S.C. § 2465.

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1    9.   The Court further finds that claimant did not

2  substantially prevail in this action, and the parties shall bear

3  their own attorneys' fees and other costs of litigation.

4  DATED: ~~September~~ *Oct.* 20, 2009

5

6                              _____
                               THE HONORABLE CONSUELO B. MARSHALL
7                              UNITED STATES DISTRICT JUDGE

8

9                              CONSENT

10     The government and claimants consent to judgment and waive

11 any right to appeal.

   DATED: ~~September~~ *October* 12, 2009      GEORGE S. CARDONA
12                                              Acting United States Attorney
                                                CHRISTINE C. EWELL
13                                              Assistant United States Attorney
                                                Chief, Criminal Division
14                                              STEVEN R. WELK
                                                Assistant United States Attorney
15                                              Chief, Asset Forfeiture Section

16
                                               _____
17                                              FRANK D. KORTUM
                                                Assistant United States Attorney
18

19                                              Attorneys for Plaintiff
                                                United States of America

20 DATED: ~~September~~ *October* 12, 2009      LAW OFFICES OF SACKS & SACKS

21

22                                             _____
                                                ANDREW W. SACKS
23                                              Attorney for Claimant
                                                Bryan David Robbs
24

25

26

27

28

                              -4-                              FDK:rt